**Motion Granted and Continuing Abatement Order filed July 10, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00240-CV
_____

## LINDA CAROL GOEHRS, Appellant

## V.

## U.S. SPECIALTY INSURANCE COMPANY, Appellee

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2017-00802**

## CONTINUING ABATEMENT ORDER

The court abated this appeal on May 3, 2018 to allow the parties to mediate this case. On July 3, 2018, appellant filed an unopposed motion to extend the abatement period to allow the parties to engage in settlement discussions. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until August 31, 2018. The appeal will be reinstated on this court's

active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM